IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Stephen Bernard Jackson,    )<br>                 Plaintiff,    )<br>                             )<br>         vs.                )<br>                             )<br>Carolyn W. Colvin[1],        )<br>Commissioner of Social Security, )<br>                             )<br>                 Defendant.  ) | Civil Action No. 8:12-cv-01323-JDA<br><br>**ORDER** |

This matter is before the Court for a final Order pursuant to Local Civil Rules 73.02(B)(1) and 83.VII.02, D.S.C.; 28 U.S.C. § 636(c); the parties' consent to disposition by a magistrate judge; and the Honorable Timothy M. Cain's Order of reference. Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) to obtain judicial review of a final decision of the Commissioner of Social Security ("the Commissioner"), denying Plaintiff's claims for disability insurance benefits ("DIB"). For the reasons set forth below, the decision of the Commissioner is affirmed.

**PROCEDURAL HISTORY**

In March 2010, Plaintiff filed an application for DIB, alleging an onset of disability date of January 1, 2008.[2] [See R. 11.] The claim was denied initially on June 11, 2010 [R. 58–59], and was denied on reconsideration by the Social Security Administration ("the

---

[1]Carolyn W. Colvin became the Acting Commissioner of Social Security on February13, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[2]The record before this Court does not include the March 2010 application for DIB. At the hearing before the ALJ, the Plaintiff amended the alleged onset date to June 1, 2006. [R. 29.]